UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **BOBBIE CHRISTY, ET AL.** | * | **CIVIL ACTION NO. 5:20-CV-00219** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **UNITED STATES OF AMERICA** | * | **MAG. JUDGE MARK L. HORNSBY** |

**J U D G M E N T**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss with Prejudice [Doc. No. 15], (styled, "Joint Stipulation of Dismissal with Prejudice") is **GRANTED**. Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and expenses.

Monroe, Louisiana, this 23rd day of March, 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**